# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MCCLELLAN,<br><br>    Plaintiff,<br><br>  v.<br><br>D. DAWKINS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:10-cv-01452-AWI-GBC<br><br>ORDER DISMISSING WITHOUT PREJUDICE CERTAIN CLAIMS FOR IMPROPER VENUE<br><br>ORDER DISMISSING AS DUPLICATIVE REMAINING CLAIMS IN ACTION<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 1) |

    Plaintiff Gregory McClellan is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On August 12, 2010, Plaintiff filed this 1983 action which was assigned case number 1:10-cv-01452-AWI-GBC.

    Venue for Plaintiff's claims that stem from CMC-West in San Luis Obispo, is not proper and may not be pursed in this action. See Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986) (court may raise defective venue sua sponte). Therefore, claims stemming from CMA-West in San Luis Obispo are DISMISSED without prejudice and Plaintiff may file a new action for these claims in the Central District Court of California.

    Upon review of this case, this Court has concluded that the complaint submitted on August 12, 2010, is substantively identical to the complaint that Plaintiff filed on February 9, 2010 and Plaintiff's amended complaint filed on August 25, 2010 in the case, Gregory McClellan v. Fink et al., 1:10-cv-00208-MJS. In light of the duplicative nature of the instant action to the action filed on February 9, 2010, the Court HEREBY ORDERS the instant action DISMISSED as duplicative.

Therefore, all pending motions in this suit are DISMISSED as moot and the Clerk of Court is DIRECTED to terminate this case in accordance with this Order.

Based on the foregoing, the court ORDERS that:

1. Claims stemming from CMC-West in San Luis Obispo are DISMISSED without prejudice for improper venue;
2. Remaining claims are DISMISSED as duplicative;
3. All pending motions in this suit are DISMISSED as moot; and
4. The Clerk of Court is DIRECTED to terminate this case in accordance with this order.

IT IS SO ORDERED.

Dated:    November 13, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE